IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                              CR 99-0787 JP

BETHANY ANDERSON
A/K/A BETHANY SERNA,

      Defendant,

and

UNIQUE FOODS LLC
D/B/A TOUCAN MARKET
AND ITS SUCCESSORS OR
ASSIGNS,

      Garnishee.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed September 9, 2008. (Doc. 201.) The parties were notified that objections were due within ten days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that the PFRD is adopted as an order of the Court and the Order of Garnishment submitted by the Government will be signed and entered by the Court.

                                                                                 _____
                                                                                 JAMES PARKER
                                                                                 UNITED STATES DISTRICT JUDGE